# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KING, | CASE NO. CV-F-09-2128 LJO SMS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EMERALD ENERGY, LLC,<br>RAY ALLEN, | |
| Defendants. | |

Based upon the grant of the motion for summary judgment in favor of plaintiff,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of plaintiff JOHN KING, and against Defendant RAY ALLEN in the total amount of $169,186.46, which includes the principal of $114,279.00; interest in the amount of $32,983.19 through October 12, 2010, and accruing thereafter at the daily rate of $37.57; costs in the amount of $1,451.77 and attorney's fees in the sum of $20,472.50, for a total judgment of $169,186.46.

IT IS SO ORDERED.

**Dated:   October 4, 2010**                         /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE

1