PHILIP J. NORGAARD  #80477
REMA M. KOLIGIAN   #263918
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Plaintiff, JOHN KING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD ENERGY, LLC, a Delaware company, and RAY ALLEN, an individual,<br><br>Defendants. | NO. 1:09-CV-02128-LJO-SMS<br><br>**ORDER TO APPEAR FOR EXAMINATION RE: ENFORCEMENT OF JUDGMENT**<br><br>**(Document #42)** |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgments entered on August 25, 2010 and October 4, 2010, hereby ORDERS the Application ___X___ GRANTED _____ DENIED.

TO:  Defendant, RAY ALLEN

YOU ARE ORDERED TO APPEAR personally before this Court to furnish information to aid in enforcement of a money judgment against you.

Date of Appearance:   __March 18, 2011__   Time:   __9:30 a.m.__

Place of Appearance:  U.S. District Court, 2500 Tulare Street, Fresno, California 93721/
                      Courtroom 7, 6th Floor.

IT IS SO ORDERED.

**Dated:   January 6, 2011**                    __/s/ Sandra M. Snyder__

1

Case No. CIV F-9-2128 LJO SMS
ORDER

UNITED STATES MAGISTRATE JUDGE

2

Case No. CIV F-9-2128 LJO SMS
ORDER