1   DARRYL J. HOROWITT #100898
    REMA M. KOLIGIAN #263918
2   COLEMAN & HOROWITT, LLP
    Attorneys at Law
3   499 West Shaw, Suite 116
    Fresno, California 93704
4   Telephone: (559) 248-4820
    Facsimile:  (559) 248-4830
5
    Attorneys for Plaintiff,
6   JOHN KING

7

                     UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10  JOHN KING, an individual,                    NO. 1:09-CV-02128-LJO-SMS

11          Plaintiff,                            **STIPULATION AND ORDER TO
                                                  CONTINUE CONTEMPT HEARING**
12          v.
                                                  **DATE: August 12, 2011**
13  EMERALD ENERGY, LLC, a                        **TIME: 11:00 a.m.**
    Delaware company, and RAY                     **DEPT.: 4**
14  ALLEN, an individual,

15          Defendants.

16

17

18          This Stipulation is entered into by and between Plaintiff, JOHN KING ("Plaintiff"), and

19  Defendant, RAY ALLEN ("ALLEN"), on the following recitals, terms and agreements.

20                              **RECITALS**

21          This Stipulation is entered into based on the following facts:

22          A.    A Contempt Hearing is currently scheduled for August 12, 2011, at 11:00 a.m., in

23  Courtroom 4 of the above-entitled Court;

24          B.    Plaintiff and ALLEN are currently engaged in settlement negotiations and are

25  trying to resolve the matter.

26          C.    ALLEN has advised that progress is being made towards acquiring the funds to

27  fully satisfy the judgment that is owed.

28          D.    In an effort to resolve this matter, Plaintiff agrees to provide ALLEN with an

                                        1

*John King v. Emerald Energy, et al.*
Case No. 1:09-CV-02128 LJO SMS

additional 30 days to acquire the funds necessary to pay the judgment in full.

      E.      Both parties stipulate to continuing the contempt hearing date for 30 days or until the Court's next available date.

## STIPULATION

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties stipulate and agree as follows:

      1.      The Contempt Hearing set for August 12, 2011 at 11:00 a.m., shall be continued to September 12, 2011, or the Court's next available hearing date.

      IT IS SO STIPULATED.

Dated: July 26, 2011            COLEMAN & HOROWITT, LLP

                                /s/ Rema M. Koligian
                    By:_____
                                REMA M. KOLIGIAN
                                Attorneys for Plaintiff
                                JOHN KING

                                  /s/ Ray Allen
Dated: July 26, 2011            By_____
                                RAY ALLEN
                                In Propria Persona

## ORDER

Upon reading and reviewing the above Stipulation, and good cause therefor appearing, IT IS HEREBY ORDERED as follows:

      1.      The Contempt Hearing in this matter of August 12, 2011, is hereby vacated, and rescheduled for September 12, 2011, at 8:30am., in Courtroom 4 of the above-entitled Court.

Dated: July 27, 2011                _____/s/ Lawrence J. O'Neill_____
                              HON. LAWRENCE J. O'NEILL
                              UNITED STATES DISTRICT JUDGE

Case No. CIV F-9-2128 LJO SMS
STIPULATION AND ORDER