**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN KING, | CASE NO. CV F 09-2128 LJO SMS |
| Plaintiff, | **ORDER CONTINUING DEBTOR EXAM** |
| vs. | Date: November 15, 2011 |
| EMERALD ENERGY, LLC, RAY ALLEN, | Time: 8:30 a.m.<br>Dept.: 4 (LJO) |
| Defendants. | |

On September 29, 2011, the Court conducted a hearing on a continued debtor's examination.

Based upon the representations of the parties that settlement was imminent and their request for a continuance of the debtor's examination, the Court continues the examination to November 15, 2011 at 8:30 a.m. in Department 4 of this Court. If the matter is resolved before November 15, 2011, the parties are directed to contact chambers at 559-499-5680. If the matter is not resolved, Mr. Allen is ORDERED to appear at the hearing.

IT IS SO ORDERED.

**Dated:** September 29, 2011     /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1