AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| DARRYL J. HOROWITT #100898<br>MARY E. KRUGH #264584<br>COLEMAN & HOROWITT, LLP<br>499 W. Shaw Avenue, Suite 116<br>Fresno, CA 93704<br>TELEPHONE NO.: (559) 248-4820   FAX NO.: (559) 248-4830<br>ATTORNEY FOR *(Name):* Plaintiff, JOHN KING | FILED<br>JUL 03 2013<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

NAME OF COURT: U.S. District Court, Eastern District of California
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS: 2500 Tulare Street
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: Fresno Office

PLAINTIFF: JOHN KING

DEFENDANT: EMERALD ENERGY, LLC, a Delaware company; RAY ALLEN, an individual

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
[X] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person)
[X] Judgment Debtor    [ ] Third Person

CASE NUMBER: 1:09-CV-02128-LJO-SMS

**ORDER TO APPEAR FOR EXAMINATION**

1. TO *(name):* RAY ALLEN
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: AUGUST 14, 2013   Time: 1:00 p.m.   Dept. or Div.: 1   Rm.:
Address of court [X] shown above [ ] is:
before Magistrate Sandra M. Snyder, Dept. 1

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name):*

Date: July 3, 2013                    /s/ Snyder
                                       JUDGE OR REFEREE

This order must be served not less than 10 days before the date set for the examination.
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [X] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name):* RAY ALLEN   to appear and furnish information
   to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [X] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is not the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: June 27, 2013

MARY E. KRUGH                                        ▶ Mary Krugh
(TYPE OR PRINT NAME)    (Continued on reverse)    (SIGNATURE OF DECLARANT)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment-Enforcement of Judgment)

Legal Solutions Plus

Code of Civil Procedure
§§ 491.110, 708.110, 708.120