DARRYL J. HOROWITT #100898
MARY E. KRUGH #264584
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:   (559) 248-4830

Attorneys for Plaintiff,
JOHN KING



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN KING, an individual, | NO. 1:09-CV-02128-LJO-SMS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO VACATE CONTESTED HEARING** |
| v. | DATE:   December 11, 2013 |
| EMERALD ENERGY, LLC, a Delaware company, and RAY ALLEN, an individual, | TIME:   1:00 p.m.<br>DEPT.: 1 |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff, JOHN KING ("Plaintiff"), and Defendant RAY ALLEN ("ALLEN"), on the following recitals, terms and agreements.

**RECITALS**

This Stipulation is entered into based on the following facts:

A.   A Contested Hearing is currently scheduled for December 11, 2013, at 1:00 p.m., in Courtroom 1 of the above-entitled Court;

B.   Plaintiff and Defendants are currently engaged in settlement negotiations and are trying to resolve the matter.

C.   ALLEN has advised that progress is being made towards acquiring the funds to fully satisfy the judgment that is owed.

D.   The parties are informed and believe that the non-party to be subpoenaed for the

Contested Hearing, Juanita McVay, currently resides in Las Vegas, Nevada, and therefore pursuant to Federal Rule of Civil Procedure 45(c), her attendance at the Contested Hearing in this judicial district cannot be compelled.

E. Compelling Ms. McVay's attendance at a contested hearing in a location authorized by Federal Rule of Civil Procedure 45(c) would be unduly time consuming and expensive.

F. Therefore, the parties stipulate to take the Contested Hearing off-calendar.

## STIPULATION

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties stipulate and agree as follows:

1. The Contested Hearing set for December 11, 2013, at 1:00 p.m., shall be vacated.

IT IS SO STIPULATED.

Dated: December 2, 2013           COLEMAN & HOROWITT, LLP

                                  /s/ Mary E. Krugh
                              By:_____
                                  MARY E. KRUGH
                                  Attorneys for Plaintiff
                                  JOHN KING


                                  /s/ Ray Allen
Dated: December 2, 2013       By:_____
                                  RAY ALLEN
                                  In Propria Persona

## ORDER

Upon reading and reviewing the above Stipulation, and good cause therefor appearing, IT IS HEREBY ORDERED as follows:

1. The Contested Hearing in this matter of December 11, 2013, is hereby ~~vacated~~ continued to February 12, 2014 at 10:00 a.m.

12/4/13

HON. SANDRA M. SNYDER
UNITED STATES DISTRICT JUDGE